UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

               Plaintiff,       Case No. 24-20399

v.                                 Judith E. Levy
                                 United States District Judge

Soloman Majede Rammouni,

                                 Mag. Judge Anthony P. Patti

               Defendant.

_____/

**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL [40]**

      Before the court is Defendant's motion to seal a medical evaluation. (ECF No. 40.) For the reasons set forth below, Defendant's motion is granted.

      Eastern District of Michigan Local Rule 5.3 governs material filed under seal.[1] "There is a strong presumption in favor of open judicial records." *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d

---

[1] Local Rule 5.3 applies in civil and criminal actions. *See* Local Rule 1.1(c); Local Criminal Rule 1.1. The request was improperly filed and did not comply with Local Rule 5.3, but the Court evaluated the proper reasons for filing under seal and grants the motion.

299, 305 (6th Cir. 2016). A request for a seal must be "narrowly tailored . . . in accord with applicable law." E.D. Mich. LR 5.3(b)(2).

The Court may grant a motion to seal "only upon a finding of a compelling reason why certain documents or portions thereof should be sealed." *Id.* at (b)(3)(B)(i). Even if no party objects to a motion to seal, the "district court that chooses to seal court records must set forth specific findings and conclusions 'which justify nondisclosure to the public.'" *Shane Group*, 925 F.3d at 306 (citing *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1176 (6th Cir. 1983)).

Defendant asks to seal a psychiatric evaluation. The Court finds that the document contains sensitive medical information that is appropriate for sealing. The Court is not aware of any compelling reason to disclose the results of the evaluation that outweigh the interests favoring nondisclosure. The Court also finds that the sealing proposed by Defendant is not broader than necessary. As such, Defendant's request to seal is GRANTED.

IT IS SO ORDERED.

Dated: June 24, 2025　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 24, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager