# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 24-20399

v.

                                Judith E. Levy
Soloman Majede Rammouni,     United States District Judge

                                Mag. Judge Anthony P. Patti
                Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL [41]

Before the court is Plaintiff's motion to seal a series of medical evaluations. (ECF No. 41.) For the reasons set forth below, the motion is granted.

Eastern District of Michigan Local Rule 5.3 governs material filed under seal. "There is a strong presumption in favor of open judicial records." *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016). A request for a seal must be "narrowly tailored . . . in accord with applicable law." E.D. Mich. LR 5.3(b)(2).

The Court may grant a motion to seal "only upon a finding of a compelling reason why certain documents or portions thereof should be

sealed." *Id.* at (b)(3)(B)(i). Even if no party objects to a motion to seal, the "district court that chooses to seal court records must set forth specific findings and conclusions 'which justify nondisclosure to the public.'" *Shane Group*, 925 F.3d at 306 (citing *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1176 (6th Cir. 1983)).

Plaintiff asks to seal medical information in "Exhibit A." The Court finds that the document contains sensitive information that is appropriate for sealing. The Court is not aware of any compelling reason to disclose the results of the evaluation that outweigh the interests favoring nondisclosure. The Court also finds that the sealing proposed by Plaintiff is not broader than necessary. As such, Plaintiff's request to seal is GRANTED.

IT IS SO ORDERED.

Dated: July 7, 2025       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 7, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager