UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 24-20399

v.                                  Judith E. Levy
                                  United States District Judge

Soloman Majede Rammouni,
                                  Mag. Judge Anthony P. Patti

                Defendant.

_____/

## **ORDER GRANTING PLAINTIFF'S MOTION TO SEAL [50]**

Before the court is Plaintiff's motion to seal its supplemental response and Exhibit A. (ECF No. 50.) For the reasons set forth below, the motion is granted.

Eastern District of Michigan Local Rule 5.3 governs material filed under seal. "There is a strong presumption in favor of open judicial records." *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016). A request for a seal must be "narrowly tailored . . . in accord with applicable law." E.D. Mich. LR 5.3(b)(2).

The Court may grant a motion to seal "only upon a finding of a compelling reason why certain documents or portions thereof should be

sealed." *Id.* at (b)(3)(B)(i). Even if no party objects to a motion to seal, the "district court that chooses to seal court records must set forth specific findings and conclusions 'which justify nondisclosure to the public.'" *Shane Group*, 925 F.3d at 306 (citing *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1176 (6th Cir. 1983)).

Plaintiff asks to seal information in the supplemental response and Exhibit A because they "contain[] the defendant's personal medical information." (ECF No. 50, PageID.466.) The Court finds that the document contains sensitive medical information that is appropriate for sealing. The Court is not aware of any compelling reason to disclose the documents that outweighs the interests favoring nondisclosure. The Court also finds that the sealing proposed by Plaintiff is not broader than necessary. As such, Plaintiff's request to seal is GRANTED.

IT IS SO ORDERED.

Dated: July 11, 2025      s/Judith E. Levy  
Ann Arbor, Michigan     JUDITH E. LEVY  
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's

ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 11, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
